AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Christopher Lee Goldman, aka Kottie Paloma ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:15-cv-01586-APG-CWH |
| Saayid Asaad, Kevin Storey, Epic Records ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 08/09/2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 1/24/18

CLERK OF COURT

RUSSELL TANKER



*Signature of Clerk or Deputy Clerk*

AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Christopher Lee Goldman, also known as
Kottie Paloma

            Plaintiff,

V.

Saayid Asaad, Kevon Storey, Epic Records

            Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01586-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Plaintiff and against Defendants on all counts of Plaintiff's First Amended Complaint.

FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c)(2), Defendants shall pay Plaintiff statutory damages of $150,000.00 for willfully infringing the image covered by Plaintiff's copyright registration at issue.

FURTHER ORDERED that Defendants shall pay Plaintiff's attorneys' fees and costs in the amount of $25,103.45.

FURTHER ORDERED that post-judgment interest shall be allowed as authorized by law until the judgment is satisfied.

August 9, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk