Case 2:18-cv-02153-VAP-AS Document 18 Filed 09/19/18 Page 1 of 2 Page ID #:48

FILED
CLERK, U.S. DISTRICT COURT
9/19/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: RF DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE GOLDMAN aka KOTTIE PALOMA,<br><br>Plaintiff,<br><br>vs.<br><br>SAAYID ASAAD, KEVON STOREY, And EPIC RECORDS,<br><br>Defendants. | Case No. 2:18-cv-02153-VAP (ASx)<br><br>ORDER RE VACATION OF REGISTERED DEFAULT JUDGMENT AS TO EPIC RECORDS AND DISMISSAL OF EPIC RECORDS |

## ORDER

The Court having received and considered the Stipulation of judgment creditor Donne Recovery, LLC, and defendant Epic Records, Inc., sued erroneously as Epic Records, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The registration in this action of the Default Judgment entered by the United States District Court for the District of Nevada on August 2, 2017, in U.S.D.C. Nev. Case 2:15-cv-01586-APG-CWH, be and hereby is amended to reflect that the registered Default Judgment has been vacated as to Epic Records and that Epic Records has been dismissed from that action; and

2. Epic Records be and hereby is dismissed from this action.

Dated: September 19, 2018

_____
Honorable Virginia A. Phillips
Chief United States District Judge